# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TACUM JAWANZA MWANZA,

          Plaintiff,

vs.

NAPHCARE, *et al.*,

          Defendants.

Case No. 2:11-cv-00471-KJD-CWH

**ORDER**

     This matter is before the Court on Plaintiff's Request for Status Check (#52), filed January 24, 2013. The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the Court, THE COURT IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the Court apprised of your current address, you will receive all Court decisions which might affect the status of your case. If you have not submitted a document required in your case, the Court will notify you.

     **IT IS SO ORDERED.**

     DATED this 4th day of March, 2013.

                                             **C.W. Hoffman, Jr.**
                                           **United States Magistrate Judge**